FILED
2017 Oct-18 AM 11:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JIAMING WENG, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 4:17-cv-0374-VEH-JEO |
| JOHN E. KELLY, Secretary of the ) | |
| Department of Homeland Security, et al., ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

This is a habeas corpus action under 28 U.S.C. § 2241, filed by Petitioner Jiaming Weng, *pro se*. Petitioner challenges the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act. (*See* Doc. 1). *See also generally Zadvydas v. Davis*, 533 U.S. 678 (2001). The cause comes to be hearing on the Respondents' motion to dismiss the action as moot. (Doc. 10). The court concludes that the motion is due to be granted.

Respondents' motion is supported by a declaration by a Supervisory Detention and Deportation Officer indicating that Petitioner was released from ICE custody under an order of supervision on July 13, 2017. (Doc. 10-1). As a result, Petitioner's habeas corpus claim for release under an order of supervision or for repatriation is

moot because the court can no longer provide meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003); *Soliman v. United States ex rel. INS*, 296 F.3d 1237, 1242-43 (11th Cir. 2002). Respondents' motion is due to be granted and this action is due to be dismissed. A separate Final Order will be entered.

**DONE,** this 18th day of October, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**VIRGINIA EMERSON HOPKINS**
United States District Judge